# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VASQUEZ, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>COUNTY OF STANISLAUS,<br><br>       Defendant. | Case No.  1:19-cv-01610-AWI-SAB<br><br>ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 7) |

On November 13, 2019, a complaint in this action was filed by Ricardo Vasquez and R.V., a minor.  (ECF No. 1.)  On December 19, 2019, the parties filed a stipulation requesting the deadline for Defendant to file a responsive pleading be extended to January 27, 2020.[1]  The Court shall grant the request and also continue the scheduling conference for a period of sixty (60) days given the proximity between the new response deadline and the current scheduling conference set for January 28, 2020.  (ECF No. 3.)

///

///

///

///

---

[1] If the parties had requested an extension of only twenty-eight (28) days, such stipulation would have been self-executing without an order from the Court.  L.R. 144(a).

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive pleading on or before January 27, 2020;

2. The mandatory scheduling conference is continued to March 30, 2020, at 2:00 p.m. in Courtroom 9; and

3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference date.

IT IS SO ORDERED.

Dated:    **December 19, 2019**

UNITED STATES MAGISTRATE JUDGE