UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VASQUEZ, et al.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.<br><br>Defendants. | Case No.: 1:19-cv-01610-AWI-SAB<br><br>ORDER RE STIPULATION TO VACATE REMAINING DEADLINES AND NOTICE OF CONDITIONAL SETTLEMENT<br><br>(ECF No. 34) |

On December 15, 2020, a stipulation was filed indicating that the parties have reached a settlement in this action. The settlement is conditional to approval by the Stanislaus County Board of Supervisors at their next meeting on January 12, 2021. The Court declines to set a status conference finding that the deadlines provided are sufficient. The parties may contact the courtroom deputy to set a status conference should one become necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters in this action are VACATED;
2. Plaintiff shall file a petition for minor's compromise within **sixty (60) days** of the date of service of this order; and

/ / /

i

3. The parties shall file dispositive documents within **thirty (30) days** of the date of entry of an order approving the petition for minor's compromise.

IT IS SO ORDERED.

Dated: __**December 16, 2020**__

UNITED STATES MAGISTRATE JUDGE