# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VASQUEZ, et al., | Case No. 1:19-cv-01610-AWI-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR APPROVAL OF SETTLEMENT OF MINOR'S CLAIMS |
| v. | |
| COUNTY OF STANISLAUS, et al., | (ECF Nos. 42, 46) |
| Defendants. | |

On March 16, 2021, a petition to compromise minor Plaintiff J.V.'s claims was filed by and through counsel, and Plaintiff J.V.'s guardian ad litem, Jessica Santos. (ECF No. 42.) The matter was referred to the Magistrate Judge assigned to this action for issuance of findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On April 20, 2021, the assigned Magistrate Judge issued findings and recommendations recommending that the petition to compromise the minor's claims be granted. (ECF No. 46.) The Findings and Recommendations contained notice that any objections were to be filed within fourteen (14) days. (Id.) To date, no objections have been filed, and the period to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 20, 2021 (ECF No. 46), are ADOPTED IN FULL;

2. The petition to compromise minor Plaintiff J.V.'s claims, filed March 16, 2021 (ECF No. 42), is GRANTED; and

3. The parties are DIRECTED to file with the Court a stipulation for dismissal of the action, within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  May 18, 2021

SENIOR DISTRICT JUDGE