# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VASQUEZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>  Defendants. | Case No. 1:19-cv-01610-AWI-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 48) |

On March 16, 2021, minor Plaintiff J.V. through their guardian ad litem Jessica Santos ("Petitioner"), filed a petition to compromise minor Plaintiff J.V.'s claims in this action. (ECF No. 42.) On April 20, 2021, the undersigned issued findings and recommendations recommending that the petition to compromise the minor's claims be granted. (ECF No. 46.) On May 19, 2021, the District Judge adopted the findings and recommendations in full, and ordered the parties to file a stipulation of dismissal within thirty (30) days. (ECF No. 47.)

On May 26, 2021, a stipulation was filed dismissing this action with prejudice and with each party to bear its own costs and fees. (ECF No. 48.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

1

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **May 26, 2021**

_____
UNITED STATES MAGISTRATE JUDGE